■ ADA MARSHALL, Respondent, v. JULES KERPEL et al., Appellants.— Order of the Supreme Court, Nassau County, dated November 29, 1966, affirmed, with $10 costs and disbursements. No opinion. Appeal from decision, dated October 31, 1966, dismissed, without costs. No appeal lies from a decision. Ughetta, Acting P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.